UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELINO VELEZ, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br><br>-against-<br>MONTE GRAB & GO MARKET and AHMON FOOD INC. d/b/a S & J DELI, and FOZY SHAHBAIN and AHMED SALEH, individually,<br><br>Defendants. | Civil Action No. **21-cv-00944 (SDA)**<br><br>**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FRCP 68** |

Plaintiff Marcelino Velez, through his undersigned counsel, hereby notifies the Court that on or about June 10, 2021, said Plaintiff accepted the Offer of Judgment, pursuant to Rule 68 of the FRCP, of Defendants Monte Grab & Go Market and Ahmon Food Inc. and Fozy Shahbain and Ahmed Sales, individually in the amount of $60,000.00. Annexed are copies of (a) the Offer of Judgment; (b) Plaintiff's said acceptance of said Offer of Judgment; (c) a Proposed Order.

Dated:   June 10, 2021
         New York, New York

                                             Jacob Aronauer
                                             *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELINO VELEZ, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br><br>-against-<br>MONTE GRAB & GO MARKET and AHMON FOOD INC. d/b/a S & J DELI, and<br><br>FOZY SHAHBAIN and AHMED SALEH, individually,<br><br>Defendants. | Civil Action No. **21-cv-00944 (SDA)**<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

TO: Via E-mail and ECF
Joshua Androphy
*Counsel for the Defendant(s)*
87 Walker Street, Floor 2,
New York, Ny 10013
jandrophy@m-t-law.com

PLEASE TAKE NOTICE that Plaintiff, Marcelino Velez, hereby accepts the offer of judgment made by Defendant(s), Monte Grab & Go Market, Ahmon Food Inc. d/b/a S & J Deli, Fozy Shahbain, and Ahmed Saleh, pursuant to Rule 68 of the Federal Rules of Civil Procedure. A true copy of the offer of judgment is annexed hereto as Exhibit "A".

Date:   June 10, 2021
        New York, New York

                                         Respectfully submitted,

                                         */s/ Jacob Aronauer*

                                         Jacob Aronauer, Esq.
                                         The Law Offices of Jacob Aronauer
                                         225 Broadway, 3rd Floor
                                         New York, New York 10007
                                         (P) (212) 323-6980
                                         (F) (212) 233-9238
                                         jaronauer@aronauerlaw.com
                                         *Attorneys for Plaintiff*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELINO VELEZ, on behalf of himself and all others similarly situated,,

Plaintiff,

-against-

MONTE GRAB & GO MARKET and AHMON FOOD INC. d/b/a S & J DELI, and

FOZY SHAHBAIN and AHMED SALEH, individually,

Defendants.

Civil Action No. **21-cv-00944 (SDA)**

**OFFER OF JUDGMENT TO MARCELINO VELEZ PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:   Jacob Aronauer, Esq.
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(P) (212) 323-6980
(F) (212) 233-9238
jaronauer@aronauerlaw.com
Attorneys for Plaintiff

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Monte Grab & Go Market, Ahmon Food Inc. d/b/a S & J Deli, Fozy Shahbain, and Ahmed Saleh (collectively "Defendants") hereby offer to allow judgment to be taken against them by Plaintiff Marcelino Velez ("Plaintiff") in the above-captioned action in the total sum of Sixty Thousand Dollars and No Cents ($60,000.00), inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or

omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Date: June 10, 2021
New York, New York

Respectfully submitted,

/s/ Joshua S. Androphy

Joshua S. Androphy
Morrison Tenenbaum, PLLC
87 Walker Street, 2nd Floor
New York, NY 10013
Tel: (212) 620-0938
Email: jandrophy@m-t-law.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELINO VELEZ, on behalf of himself and all others similarly situated,,

    Plaintiff,

-against-

MONTE GRAB & GO MARKET and AHMON FOOD INC. d/b/a S & J DELI, and FOZY SHAHBAIN and AHMED SALEH, individually,

    Defendants.

Civil Action No. **21-cv-00944 (SDA)**

**PROPOSED JUDGMENT**

WHEREAS on June 10, 2020 Defendants Monte Defendants Monte Grab & Go Market and Ahmon Food Inc. and Fozy Shahbain and Ahmed Sales extended to Plaintiff Marcelino Velez an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $60,000.00, and whereas said Plaintiff accepted said offer of June 10, 2021,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of in the amount of $60,000.00.

Dated:   June _____, 2021
            New York, New York

                                                                         _____
                                                                         Hon. Stewart D. Aaron