```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELINO VELEZ, on behalf of himself and all others similarly situated,,

                  Plaintiff,

-against-

MONTE GRAB & GO MARKET and AHMON FOOD INC. d/b/a S & J DELI, and FOZY SHAHBAIN and AHMED SALEH, individually,

                  Defendants.

Civil Action No. **21-cv-00944 (SDA)**

~~PROPOSED~~ JUDGMENT

WHEREAS on June 10, 2020 Defendants Monte Defendants Monte Grab & Go Market and Ahmon Food Inc. and Fozy Shahbain and Ahmed Sales extended to Plaintiff Marcelino Velez an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $60,000.00, and whereas said Plaintiff accepted said offer of June 10, 2021,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of in the amount of $60,000.00.

Dated:  June __11__, 2021
            New York, New York

                                                _____
                                                Hon. Stewart D. Aaron